

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00605-CV

Michael Lawrence **SHALIT**,
Appellant

v.

Robin Lynn **SHALIT**,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 11-177
Honorable Kirsten Cohoon, Judge Presiding

BEFORE JUSTICE WATKINS, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, appellant's motion to dismiss this appeal is GRANTED and the appeal is DISMISSED. We ORDER the chief deputy clerk of this court to: (1) transfer the docketing statement, record, filing fee, and any future filings in this cause to Cause Number 04-24-00602-CV; and (2) update this court's records in Cause Number 04-24-00602-CV to reflect the correct trial court cause number, 11-177. Our opinion and judgment in this appeal do not otherwise affect appellant's appeal in Cause Number 04-24-00602-CV, which remains pending in this court.

SIGNED October 30, 2024.

_____
Beth Watkins, Justice